IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| DANIEL ABBOTT, BRADFORD OLSON and CHRIS McEWAN, | ) ) ) | CV 07-104-M-DWM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| ANESTHESIOLOGISTS ASSOCIATED, INC.; HEALTHCENTER NORTHWEST, L.L.C.; KALISPELL REGIONAL MEDICAL CENTER, INC.; NORTHWEST HEALTHCARE FOUNDATION, INC.; NORTHWEST HEALTHCARE CORPORATION; NORTHERN ROCKIES ANESTHESIA CONSULTANTS, P.L.L.C., a/k/a GLACIER CARDIAC ANESTHESIA, P.L.L.C.; WILLIAM HOFFMAN; CARL TINLIN; and GARRY DIETER, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Stipulation of the parties that the above-captioned case has been fully compromised and settled on the merits,

1

IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE.

Each party shall bear its own costs and attorney fees.

The Clerk of Court is directed to terminate all pending motions and close the case.

DATED this 27th day of March, 2009.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT